*IN THE UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF ARKANSAS*
*WESTERN DIVISION*

UNITED NATIONAL INSURANCE COMPANY                                      PLAINTIFF

vs.                            CASE NO. 4:10cv01410 JMM

JIMMY MAY,                                                              DEFENDANTS
TANA LEA MAY,
CHOONG SIL TAEKWONDO FEDERATION, INC.,
ROBERT HARDIN,
ALISON HARDIN and
ASHLEY TROCK

### ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed as to all Defendants. The jury trial scheduled September 19, 2011, is canceled. All pending motions are moot.

The complaint and all claims in this action are hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. If the parties desire any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file with the Court within 30 days of the date of this order.

IT IS SO ORDERED this 29th day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE